■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL BROWN, Appellant. [764 NYS2d 840] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hall, J.), rendered November 18, 1996, convicting him of murder in the second degree and attempted murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt is unpreserved for appellate review (*see* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the People (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.05 [2]).

The defendant's remaining contentions either are unpreserved for appellate review or without merit. Prudenti, P.J., Townes, Mastro and Rivera, JJ., concur.